STATE EX REL. KOJIS, Respondent, vs. BARCZAK, Sheriff, Appellant.

*April 15—May 5, 1953.*

For the appellant there was a brief by the *Attorney General* and *William J. McCauley,* district attorney of Milwaukee county, and *Ben J. Wiener,* special assistant district attorney, and oral argument by *Mr. Wiener.*

For the respondent there was a brief by *Cornelius P. Hanley* of Milwaukee, attorney, and *Terence N. Hickey* of Hayward of counsel, and oral argument by *Mr. Hanley.*

FAIRCHILD, J.   This case was argued and submitted with the case of *State ex rel. Kojis v. Barczak,* ante, p. 136, 58 N. W. (2d) 420, and is ruled by the decision therein.

*By the Court.*—Order reversed and cause remanded with direction to quash the writ and for further proceedings consistent with this opinion.